470 A.2d 1023

Commonwealth v. Ashford, Jr., Appellant.

Petition for Allowance of Appeal
Denied June 12, 1984.

Submitted Octo-

ber 11, 1983. Penn Bradford Glazier, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.